UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY J FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| | ) | |
| v. | ) | Removed from Court of Common |
| | ) | Pleas, Stark County, Ohio |
| | ) | State Court Case No. 2025CV02675 |
| JOHNATHAN L. STARK DIEBOLD NIXDORF | ) | |
| et. al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT JOHNATHAN L. STARK DIEBOLD NIXDORF & DIEBOLD NIXDORF NOTICE OF REMOVAL

Defendants Johnathan L Stark Diebold Nixdorf ("**JLSDN**") and Diebold Nixdorf. ("**Diebold**") (collectively "**Defendants**") gives notice of removal of this action from the Court of Common Pleas, Stark County, Ohio to the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and states as follows:

1.  Plaintiff, Johnny J. Fields ("**Plaintiff**"), who is pro se, filed a lawsuit in the Court of Common Pleas, Stark County, Ohio on December 16, 2025 captioned *Johnny J. Fields v. Jonathan L. Stark Diebold Nixdorf* case No. 2025CV02675, where it was assigned to the Honorable Judge Farmer (the "**State Court Action**"). Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendants in the State Court Action are attached as **Exhibit A.**

2.  On January 13, 2026 Plaintiff filed an Amended Complaint against Defendants. On January 29, 2026 Defendants filed a Leave to Plead and on Febuary 26, 2026 filed a motion for a more definite statement. Plaintiff then filed their Second Amendment Complaint on March 2, 2026. Defendants received a copy of the Second Amended

Complaint on March 5, 2026. The Stark County Court of Common ruled that Defendants' motion for a more definite statement was moot on March 11, 2026.

3. Removal is proper in this action as, for the first time, Plaintiff rises a federal question under 42 U.S.C. § 2000e, specifically religious discrimination under Title VII of the Civil Rights act of 1964.

4. Plaintiffs Second Amended Complaint asserts six causes of action, including claims for racial discrimination (Count I), religious discrimination in violation of Title VII of the Civil Rights Act of 1964 (Count II), retaliation (Count III), hostile work environment (Count IV), constructive discharge (Count V), and falsification of records (Count VI). As to each claim, Plaintiff seeks compensatory and punitive damages in the amount of $200,000. In addition, under Count I Plaintiff seeks $150,000 in damages and under Count II Plaintiff seeks $150,000 in damages. Thus, a fair reading of the Second Amended Complaint alleges an amount in controversy of $500,000.

5. Venue is proper in this Court pursuant to 28 U.S.C. §§ 115(a)(1), 1391, 1441(a), and 1446 because Stark County is situated in the Eastern Division of the United States District Court for the Northern District of Ohio.

6. Removal of this action is timely as Defendants have filed this Notice of Removal within 30 days of the date on which Defendants received a copy of Plaintiff's Second Amended Complaint. 28 U.S.C. § 1446(b)(3).

7. Pursuant to 28 U.S.C. § 1446(d), Defendants are filing the attached Notice of Filing of Notice of Removal with the Court of Common Pleas, Stark County, Ohio and served the same upon Plaintiff. See **Exhibit B**.

Dated:  March 16, 2026

By: /s/ Brian R. Mertes
Brian R. Mertes (#0065016)
BLACK MCCUSKEY SOUERS &
ARBAUGH, LPA
220 Market Avenue South, Suite 1000
Canton, OH 44702
Phone: (330) 456-8341
Fax: (330) 456-5756
Email: bmertes@bmsa.com

*Attorney for Defendants*